1  Tim Warriner (SB#166128)
   Attorney at Law
2  1725 Capitol Ave.
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 448-5346
4
   Attorney for Defendant
5  MARQUIS JACKSON

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    No. 2: 06-cr-00494-MCE
                                    )
12            Plaintiff,            )    ORDER WAIVING
                                    )    DEFENDANT'S APPEARANCE
13       v.                         )
                                    )
14 MARQUIS JACKSON,                 )
   et al.,                          )
15            Defendants.           )
   _____)

16

17       GOOD CAUSE APPEARING, and pursuant to the defendant's written waiver of

18 appearance, the court hereby accepts said waiver and orders the defendant's personal appearance

19 waived.  Mr. Jackson's defense counsel will be permitted to appear on behalf of his client at all

20 court proceedings unless and until the court requests that the defendant be personally present.

21  Dated:  April 19, 2007

22

23                                   _____
                                     MORRISON C. ENGLAND, JR.
24                                   UNITED STATES DISTRICT JUDGE

25

26

27

28