1  McGREGOR W. SCOTT
   United States Attorney
2  JOHN K. VINCENT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. No. 2:06-cr-00494-MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND PROPOSED ORDER RE: MOTION FOR EARLY PRODUCTION |
| v. | ) ) | OF DOCUMENTS PURSUANT TO FED. R. CRIM. P. 17 |
| MARQUIS D. AIKENS, et al. | ) ) | DATE: December 6, 2007 |
| Defendants. | ) ) ) | TIME: 9:00 a.m. CTRM: HON. MORRISON C. ENGLAND |

The United States filed a motion for an order authorizing the early production of documents pursuant to a trial subpoena.   The proposed trial subpoena requests the production of records from the Bank of America for one of the defendants - Alex Baker.

The defendants, through their counsel, and the attorney for the government stipulate that the government's motion should be GRANTED with the understanding that the government will make available for inspection and copying by the defense any materials produced in response to the subpoena.

IT IS SO STIPULATED.

DATED: December 3, 2007

       /s/ Michael Bigelow
MICHAEL BIGELOW, ESQ.
Attorney for defendant Marquis Aikens

1

DATED: December 3, 2007

          /s/ Tim Warriner  
TIM WARRINER, ESQ.  
Attorney for defendant Marquis Jackson

DATED: December 3, 2007

          /s/ Ned Smock  
NED SMOCK, ESQ.  
Assistant Federal Defender  
Attorney for defendant Alex Baker

DATED: December 3, 2007

          /s/ Emmett Mahle  
EMMETT MAHLE, ESQ.  
Attorney for defendant Brandon Dean

DATED: December 3, 2007

          /s/ John K. Vincent  
JOHN K. VINCENT  
Assistant U.S. Attorney

## O R D E R

In light of applicable law and the foregoing stipulation, and GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that the government's motion under Fed. R. Crim. P. 17 for the early production of documents pursuant to a trial subpoena is GRANTED. The government will make available for inspection and copying by the defense any materials produced in response to the subpoena. The subpoena may direct that any records be produced to the United States Attorney's Office on or before December 27, 2007.

IT IS SO ORDERED.

Dated:  December 4, 2007

          [signature]  
MORRISON C. ENGLAND, JR.  
UNITED STATES DISTRICT JUDGE